# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Carlos Alberto Jimenez Quezadas<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No. **CR 25-71151-MAG** |

**FILED**
Sep 23 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 22, 2025 in the county of Santa Clara in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 751(a) | Escape of prisoner in custody of institution or officer, a Class A misdemeanor. |
| | Maximum penalties: a term of imprisonment of not more than one year, a term of probation of not more than five years, a term of supervised release of not more than one year, a fine of not more than $100,000, a special assessment of not more than $25, restitution, and possible forfeiture. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Approved as to form ___/s_____
       AUSA Katie Griffin

/s/ Vincent Miers/SvK w/permission
*Complainant's signature*

ICE Deportation Officer Vincent Miers
*Printed name and title*

Sworn to before me by telephone.

Date: 9/22/25

*Judge's signature* (Susan van Keulen)

City and state: San Jose, California

Hon. Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT OF VINCENT MIERS

I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement and have been so employed since August 5, 2007. I am currently assigned to the Alternatives to Detention Unit of the San Jose Sub-Office. This Affidavit is made in support of a Criminal Complaint charging that CARLOS ALBERTO JIMENEZ-QUEZADAS, did knowingly and unlawfully escape the custody, of the United States, specifically from the custody of Immigration and Custom Enforcement, an agency of the Department of Homeland Security authorized to detain individuals for removal under federal immigration law, there by violating Title 18, United States Code, Section 751(a). I have reviewed official records relating to the above-named individual and have interviewed witnesses involved in the below-described events. I submit the following for the issuance of a criminal complaint and accompanying arrest warrant:

(1)   CARLOS ALBERTO JIMENEZ-QUEZADAS (herein, JIMENEZ-QUEZADAS) is a 46-year-old male.

(2)   JIMENEZ-QUEZADAS has been assigned one (1) Alien Registration Number of A095 685 318, FBI number of 650846CC5.

(3)   JIMENEZ-QUEZADAS is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and removed on at least one occasion from the United States:

| DATE | PLACE OF REMOVAL |
|---|---|
| March 21, 2015-Expedited Removal | Otay Mesa, CA |

(4)   JIMENEZ-QUEZADAS last entered the United States at the San Ysidro Port of Entry on or about August 11, 2023, by applying for admission through the Customs and Border Protection One application through the pedestrian lanes. JIMENEZ-QUEZADAS and his family presented Mexican identification documents and are citizens and nationals of Mexico. Upon entry, JIMENEZ-QUEZADAS and his family were served with form I-862, Notice to Appear and were paroled into the United States pending removal proceedings before an immigration judge. JIMENEZ-QUEZADAS was allowed to remain out of custody pending these proceedings under the terms of the Intensive Supervision Appearance Program.

(5)   On September 22, 2025, JIMENEZ-QUEZADAS appeared at office located on Blossom Hill Road in San Jose, California, to report under the Intensive Supervision Appearance Program. JIMENEZ-QUEZADAS was scheduled to report to the office on this date due to violations of the terms of the Intensive Supervision Appearance Program. At the office location, JIMENEZ-QUEZADAS identified himself by filling out a check-in form, bearing his true and correct name. Immigration and Customs Enforcement (ICE) Deportation Officer (DO) Antonio Alarcon identified himself as an officer with ICE, then engaged with JIMENEZ-QUEZADAS about his immigration status. After confirming his

        status, ICE DO Alarcon served JIMENEZ-QUEZADAS with a legal immigration form I-200 Warrant of Arrest of Alien and was then taken into ICE custody without incident. The I-200 Warrant of Arrest is an administrative warrant providing legal authority to ICE to hold certain individuals in custody pending ongoing immigration proceedings. JIMENEZ-QUEZADA is scheduled to appear for a further immigration proceeding in January 2026.

(6)    JIMENEZ-QUEZADAS was escorted by ICE officers to a secure office space, where he was transferred to belly chain and handcuff restraints. JIMENEZ-QUEZADAS was then transferred to the custody of officers with Allied Universal, federal contractors tasked with transportation of JIMENEZ-QUEZADAS and others to an ICE facility for further processing. Allied Universal Officers began driving JIMENEZ-QUEZADAS and others in a large van. During the transport, JIMENEZ-QUEZADAS requested to go to the restroom. Allied Universal Officers stopped at a parking lot on Blossom Hill Road in San Jose. While stopped, officers with Allied Universal allowed JIMENEZ-QUEZADAS to exit the transportation vehicle for restroom purposes only. At this time, JIMENEZ-QUEZADAS absconded from Allied Universal Officers' custody. JIMENEZ-QUEZADAS ran on foot from the officers, while still restrained in handcuffs.

(7)    San Jose, California, is within the Northern District of California.

(8)    On the basis of the above information, there is probable cause to believe that, on September 22, 2025, JIMENEZ-QUEZADAS did knowingly and unlawfully escape the custody of the United States, specifically from the custody of Immigration and Custom Enforcement, an agency of the Department of Homeland Security authorized to detain individuals for removal under federal immigration law, thereby violating Title 18, United States Code, Section 751(a).

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

        /s/ Vincent Miers/SvK w/permission
        Vincent Miers
        Deportation Officer
        Immigration and Customs Enforcement