1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS ALBERTO JIMENEZ
QUEZADAS,

Defendant.

Case No. 25-cr-00319-NC-1

**ORDER FOLLOWING
PRETRIAL CONFERENCE**

Today, the Court held the Pretrial Conference in this matter, attended by counsel for both parties and Defendant. This Order summarizes the Court's orders and other matters discussed during the Pretrial Conference.

**A.    Motions in Limine**

In addition to the Court's Order on the Motions in Limine at ECF 52, the parties discussed the following motions in limine and the Court ordered as follows:

- **Prosecution's MIL No. 1:** remains deferred. The Court will address specific objections and issues as raised by the parties at trial.
- **Prosecution's MIL No. 2:** Defendant has not yet established a basis for a necessity defense through an offer of proof. Defendant may make an offer of proof in support of a necessity defense on Monday, November 17, 2025, following jury selection. The offer of proof will not be *ex parte* and under

seal. If the Court allows the necessity defense following the offer of proof, the Court will consider a proposed jury instruction on the necessity defense from the Prosecution or a response to Defendant's proposed jury instruction.

- **Prosecution's MIL No. 4:** The parties may meet and confer further about the timing of Jencks Act and Federal Rule of Criminal Procedure 26.2 disclosures. They may file a stipulation and proposed order if they agree to deadlines other than those set out in the statute and rule. Absent a stipulation, the Court will enforce the deadlines set by the Jencks Act and Rule 26.2.

- **Prosecution's MIL No. 6:** remains deferred. The Court will address specific objections and issues as raised by the parties at trial.

- **Defendant's MIL No. 1:** The Court clarified that its order at ECF 52 does not limit the Prosecution and witnesses to referring to Defendant only as a "noncitizen," or preclude the Prosecution from addressing his immigration status at trial.

**B.    *Daubert* Hearing**

The Court will hold a *Daubert* hearing on the Prosecution's motion to exclude the testimony of Defendant expert witness Avantika Shastri on Monday, November 17, 2025, after jury selection and outside of the presence of the jury. Shastri must attend the hearing in person and arrive by noon. Defendant will first lay the foundation for Shastri's qualifications, opinion, and reliability. The Prosecution can then examine Shastri. The Court will then hear the parties' arguments.

**C.    Other Logistics**

- The Court has not ruled on the Prosecution's objections to the arrest videos on Defendant's exhibit list and will do so if and when raised at trial.

- The Court has excused for cause the following jurors: Nos. 7, 11, 26, 29, and 39. All other jurors will be ordered present on Monday, November 17, 2025.

- Neither side should anticipate calling witnesses before the jury on the first day of

United States District Court
Northern District of California

1  trial.  The Court will give jury instructions on Tuesday morning before opening

2  statements.

3  • The Court cautioned that it will listen carefully for references to "lawful" and

4  "unlawful" terminology during the trial to avoid the danger of jury confusion given

5  that "lawful arrest" is a statutory element of the crime charged in this matter.

6  • The Court noted that the parties have not yet proposed any instruction for the jury

7  as to how to interpret or evaluate "lawful arrest."  The Court will check with the

8  parties again on Monday before giving jury instructions on Tuesday morning.  As

9  outlined in the Court's Order at ECF 48, the Court will also consider amended and

10  supplemental jury instructions from the parties immediately after the close of

11  evidence.

12  • The parties discussed various requests and stipulations they intend to file prior to

13  the start of trial.  The Court will look for and intends to promptly rule on those

14  submissions.

15  **IT IS SO ORDERED.**

16

17  Dated:  November 12, 2025                    _____

18                                              NATHANAEL M. COUSINS
                                                United States Magistrate Judge