UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS ALBERTO JIMENEZ QUEZADAS,<br><br>    Defendant. | Case No. 25-cr-0319 (NC)<br><br>**JUDGMENT** |

The Jury having returned a Not Guilty verdict on the sole charge in the case and the Jury having been discharged, Judgment is entered in favor of the defendant Carlos Alberto Jimenez Quezadas. Any appeal must comply with Federal Rule of Criminal Procedure 58(g)(2).

**IT IS SO ORDERED.**

Dated: November 20, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge